

SEP 24 2020

CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

Name: Dwight Junior McCullough
Prison Number: 41549
Place of confinement: Anchorage Correctional Complex East
Mailing address: 1400 East 4th Ave
City, State, Zip: Anchorage, AK 99501

Telephone:

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

Dwight Junior McCullough
(Enter full name of plaintiff in this action)

Plaintiff,

vs.

Lithia Kia of Anchorage,
American Credit Acceptance

(Enter full names of defendant(s) in this action.
Do NOT use *et al.*)

Defendant(s).

Case No. _____
(To be supplied by Court)

**PRISONER'S
COMPLAINT UNDER
THE CIVIL RIGHTS ACT
42 U.S.C. § 1983**

## A. Jurisdiction

Jurisdiction is invoked under 28 U.S.C. § 1343(a)(3).

## B. Parties

1. <u>Plaintiff</u>: This complaint alleges that the civil rights of Dwight Junior McCullough (print your name)

who presently resides at 1400 East 4th Ave Anchorage, AK 99501
(mailing address or place of confinement)

were violated by the actions of the individual(s) named below.

2. Defendants (Make a copy of this page and provide same information if you are naming more than 3 defendants):

Defendant No. 1, __Lithia Kia of Anchorage__ is a citizen of
(name)
__Alaska__, and is employed as a __Corporation__.
(state) (defendant's government position/title)

__X__ This defendant **personally participated** in causing my injury, and I want **money damages**.
OR
____ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 2, __American Credit Acceptance__ is a citizen of
(name)
__Alaska__, and is employed as a __Corporation__.
(state) (defendant's government position/title)

__X__ This defendant **personally participated** in causing my injury, and I want **money damages**.
OR
____ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 3, _____ is a citizen of
(name)
_____, and is employed as a _____.
(state) (defendant's government position/title)

____ This defendant **personally participated** in causing my injury, and I want **money damages**.
OR
____ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

***REMINDER***
You must exhaust your administrative remedies before your claim can go forward.
THE COURT MAY DISMISS ANY UNEXHAUSTED CLAIMS.

**C. Causes of Action** (You may attach additional pages alleging other causes of action and facts supporting them if necessary. Make copies of page 5 and rename them pages 5A, 5B, etc. and rename the claims, "Claim 4," "Claim 5, etc.").

Claim 1: On or about __April 21, 2020__, my civil right to
(Date)
__Unfair and Deceptive Business Practices__
(Medical care, access to the courts, due process, freedom of religion, free speech, freedom of association, freedom from cruel and unusual punishment, etc. List only one violation.)
was violated by __Lithia Kia of Anchorage__
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 1. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 1.):

On April 10, 2020 I Dwight Junior McCullough entered into a retail installment sales contract with Lithia Kia of Anchorage for a 2019 Dodge Durango price at 39,471.00. I gave Lithia Kia 100 cash and on 4-13-2020 gave them $14,900.00 as a down payment for the vehicle. On 4-21-2020 the third party lender American Credit Acceptance chose not to extend financing due to a charge-off on my credit. Lithia Kia filed a police report on 4-21-2020 for the repossession of the vehicle without notifying me and on 4-22-2020 repossessed my vehicle that I was supposed to be financing from my residence without prior notice. I returned Lithia Kia of Anchorage the keys to the vehicle and never received any of the $15,000.00 down payment back. Lithia Kia of Anchorage's unfair and Deceptive Business Practices clearly shows unfair acts of practicing affecting commerce by not returning what was suppose to be a deal upon good faith. Lithia Kia of Anchorage should also held accountable for theft of a down payment as well. See Retail installment sales contract (Exhibit C) and down payment form (Exhibit D)

Claim 2: On or about __4-10-2020__, my civil right to
__Equal Credit Opportunity Act Violation/discrimination__
(Medical care, access to the courts, due process, freedom of religion, free speech, freedom of association, freedom from cruel and unusual punishment, etc. List **only one** violation.)

was violated by __Lithia Kia of Anchorage/American Credit Acceptance__
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 2. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 2.):

On April 10, 2020, I Dwight Junior McCulley was in the market for a new vehicle and decided to purchase one through financing after much talk with Salesmen Christopher Mathis over the telephone. Finance Manager Jose Alvarado drew up a contract for the sale of a 2019 Dodge Durango, but before that was done I agreed that my monthly payment range needed to be nothing over 500.00 and we agreed putting $13,000.00 down would place my payment below that mark. The finance manager Jose Alvarado never showed me how much my payment was going to be nor did anyone at the dealership just showed me who I would be financing the vehicle with. Discrimination on the dealership for charging me so much for financing and for never telling me what my payment was going to be. Its also discrimination for deliberately going over the agreed monthly payment by nearly $100.00. Lithia Kia of Anchorage violated

(Claim 2 cont.)

Equal Credit Opportunity act by having me sign someone elses credit under the impression it's mine. (Exhibit A), which means my credit inquiry is being misappropiated and no telling whose hands it's in. On the retail-installment sales contract between me and Lithia Kia of Anchorage was never properly shown or explained just was told to sign Arbitration Clause, and two other spots on the contract explaining how the contract can never be changed.

Claim 3: On or about __4-21-2020__, my civil right to __Intentional Infliction of emotional distress__
(Date)
(Medical care, access to the courts, due process, freedom of religion, free speech, freedom of association, freedom from cruel and unusual punishment, etc. List **only one** violation.)

was violated by __Lithia Kia of Anchorage__
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 3. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 3.):

On April 10, 2020 I Dwight Junior McCullough entered into a retail-installment sales contract (RISC) with Lithia Kia of Anchorage for a 2019 Dodge Durango price at 39,471. We agreed upon a $15,000 down payment and on April 21, 2020 Lithia Kia was unable to assign RISC to a lender and per agreement signed by me and Lithia Kia, immediately upon notice from Lithia Kia to me that financing is not approved I was to return the vehicle to Lithia Kia but only upon notice, per delivery agreement signed on 4-10-2020 (Exhibit B). Lithia Kia never gave notice to me at all, as of matter of fact the day they got notice of financing not being approved is the same exact day they filed a police report with Anchorage Police Department still without notifying me whatsoever. Lithia Kia repossesses the vehicle on 4-22-2020 from my residence without notice and I return the keys to them and never receive any of my down payment back. On 4-29-2020 I am arrested for Theft of the vehicle and others


(Claim 3 cont.)

charges related to the transaction of that vehicle. due to Lithia Kia's negligence and not adhering to their own delivery agreement by not giving me notice to return the vehicle, I am claiming that Lithia Kia of Anchorage inflicted intentional emotional distress. I was humilated in front of my job and incarcerated for 5 months along with loss of job and wages. If Lithia Kia of Anchorage would have given me notice to return the vehicle and not filed a police report then none of this emotional distress would have happened.

D. Previous Lawsuits

1. Have you begun other lawsuits in **state or federal court** dealing with the same facts involved in this action, **or otherwise relating to your imprisonment?** _____ Yes _X_ No

2. If your answer is "Yes," describe each lawsuit.

a. <u>Lawsuit 1</u>:

Plaintiff(s):_____

Defendant(s):_____

Name and location of court:_____

Docket number:_____ Name of judge:_____

Approximate date case was filed:_____ Date of final decision:_____

Disposition: _____ Dismissed _____ Appealed _____ Still pending

Issues Raised:_____

b. <u>Lawsuit 2</u>:

Plaintiff(s):_____

Defendant(s):_____

Name and location of court:_____

Docket number:_____ Name of judge:_____

Approximate date case was filed:_____ Date of final decision:_____

Disposition: _____ Dismissed _____ Appealed _____ Still pending

Issues Raised:_____

3. Have you filed an action in federal court that was dismissed because it was determined to be frivolous, malicious, or failed to state a claim upon which relief could be granted?

_____ Yes _X_ No

If your answer is "Yes," describe each lawsuit on the next page.

**Lawsuit #1 dismissed as frivolous, malicious, or failed to state a claim:**

a. Defendant(s):_____

b. Name of federal court _____ Case number: _____

c. The case was dismissed as: ___ frivolous, ___ malicious and/or ___ failed to state a claim

d. Issue(s) raised: _____

e. Approximate date case was filed:_____ Date of final decision: _____

**Lawsuit #2 dismissed as frivolous, malicious, or failed to state a claim:**

a. Defendant(s):_____

b. Name of federal court _____ Case number: _____

c. The case was dismissed as: ___ frivolous, ___ malicious and/or ___ failed to state a claim

d. Issue(s) raised:_____

e. Approximate date case was filed:_____ Date of final decision: _____

**Lawsuit #3 dismissed as frivolous, malicious, or failed to state a claim:**

a. Defendant(s):_____

b. Name of federal court _____ Case number: _____

c. The case was dismissed as: ___ frivolous, ___ malicious and/or ___ failed to state a claim

d. Issue(s) raised:_____

e. Approximate date case was filed:_____ Date of final decision: _____

4. **Are you in imminent danger of serious physical injury?** ____ Yes  ☒ No

If your answer is "Yes," please describe how you are in danger, without legal argument/authority: _____

_____

_____

Prisoner § 1983 - 7
Case 3:20-cv-00237-JMK   Document 1   Filed 09/24/20   Page 9 of 11
1901, Nov. 2013

F. Request for Relief

Plaintiff requests that this Court grant the following relief:

1. Damages in the amount of $ 950,000.00

2. Punitive damages in the amount of $ 1,250,000.00

3. An order requiring defendant(s) to  drop all pending cases.

4. A declaration that _____

5. Other: _____

Plaintiff demands a trial by jury. _____ Yes __X__ No

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that s/he is the plaintiff in the above action, that s/he has read the above civil rights complaint and that the information contained in the complaint is true and correct.

Executed at Anchorage, Alaska on 9/22/20
 (Location) (Date)

_(Plaintiff's Signature)_

_____  _____
Original Signature of Attorney (if any)   (Date)

_____
Attorney's Address and Telephone Number

Prisoner § 1983 - 8
PS01, Nov. 2013

Dwight Junior McCullough #741549
Anchorage Correctional Complex East
1400 East 4th Ave
Anchorage, AK 99501

United States District Court clerk
US Federal Courthouse
222 West 7th Ave
Anchorage, AK 99513

09/23/2020
US POSTAGE $002.00
ZIP 99501
041L11125384